1  **THERESE S. HARRIS (SBN 246711)**
   OF COUNSEL
2  M. HARVEY REPHEN & ASSOCIATES, P.C.
   935 RIVERSIDE DRIVE, SUITE 7B
3  PASO ROBLES, CA 93446                           E-FILED: 09/02/2016
   Telephone: 805-369-2053
4  Facsimile: 805-715-7824
   tharris@tharrislawoffice.com                    JS-6
5
   Attorney for Petitioner, BERNADETTE ATIENZA
6

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BERNADETTE ATIENZA, an individual, | CASE NO:   2:16-cv-02881-PSG-JEM |
| Plaintiff, | ORDER GRANTING REQUEST TO DISMISS ENTIRE ACTION |
| and | |
| GLOBAL CREDIT & COLLECTIONS CORPORATION, | |
| Defendant. | |

Based on the Request to Dismiss Entire Action filed in this action, the above-captioned action is dismissed.

IT IS SO ORDERED:

DATED: __9/2/16_____

PHILIP S. GUTIERREZ
_____
JUDGE